**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-2541

_____

TOM DOLAN,

Plaintiff - Appellant,

versus

GENERAL MOTORS CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-00-235-A)

_____

Submitted:  November 8, 2001          Decided:  November 15, 2001

_____

Before WILKINS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sol Z. Rosen, Washington, D.C., for Appellant.  M. Janet Palmer, HARRELL & CHAMBLISS, L.L.P., Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tom Dolan appeals from the district court's order granting summary judgment to General Motors in Title VII discrimination suit. 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dolan v. General Motors Corp.</u>, No. CA-00-235-A (E.D. Va. Nov. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>